IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00469 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

Plaintiff,

v.

EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 05 2009

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* a letter, an uncertified copy of his trust fund account statement for the month of January 2009, and a motion titled "Motion for Special Immediate Court Order to Toll and Suspend the Relevant Material Statute of Limitations for the Plaintiff to File His # [sic] 1983 Civil Rights Complaint, and Motion for Special Immediate Court Order to Order and Direct the Defendant to Guarantee That the Plaintiff Provided a Law Library Appointment – and Use of a Law Library Typewriter With No Limitation on Use of Typewriter Ribbons and Correction Tape – for Every Hour of Every Week That the Prison Law Library Is Open." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in ***Green v. Price***, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motion titled "Motion for Special Immediate Court Order to Toll and Suspend the Relevant Material Statute of Limitations for the Plaintiff to File His # [sic] 1983 Civil Rights Complaint, and Motion for Special Immediate Court Order to Order and Direct the Defendant to Guarantee That the Plaintiff Provided a Law Library Appointment – and Use of a Law Library Typewriter With No Limitation on Use

of Typewriter Ribbons and Correction Tape – for Every Hour of Every Week That the Prison Law Library Is Open" is denied as moot.

DATED at Denver, Colorado, this 4 day of March, 2009.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '09-CV-00469

Clovis Carl Green, Jr.
Reg. No. 69277
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/6/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk